

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00569-CV

Richard **GIBSON** and All Other Occupants,
Appellant

v.

Shawn C. **BROWN**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV04375
Honorable J. Frank Davis, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: April 27, 2022

APPEAL DISMISSED FOR WANT OF PROSECUTION

On February 9, 2022, this court notified appellant, who is pro se, that his brief was due on or before March 11, 2022. On February 17, 2022, appellee filed a motion to dismiss asserting this court has no jurisdiction over an appeal from a county court at law judgment in a forcible entry and detainer in which the subject property is nonresidential, commercial property. Because appellant had not yet filed his brief, the actual nature of his complaints on appeal was unknown.

Appellant did not file his brief or a motion for extension of time. Therefore, on March 23, 2022, this court ordered appellant to file, no later than April 4, 2022, his brief and a written

response reasonably explaining: (1) his failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. Our order cautioned appellant that if he failed to timely file a brief and the written response by April 4, 2022, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

On April 4, 2022, appellant filed a document entitled "Explanations" in which he listed medical reasons; lack of "adequate, meaningful and available resources"; the lack of funds for transportation to any resources; and the "lack of reliable, dependable, consistent and available telephone and internet service" as his reasons for failing to timely file his brief. Appellant contended appellee has not been significantly injured by his failure to timely file his brief because appellee "has not suffered any true loss" and appellee, "in concert with others has filed or has caused to be filed, a fraudulent General Warranty Deed for the property he has no rightful claim to." Appellant did not file his brief or state when he would file the brief.

Although we are sympathetic to appellant's alleged circumstances, pro se litigants "must comply with applicable laws and rules of procedure." *Scoville v. Shaffer*, 9 S.W.3d 201, 204 (Tex. App.—San Antonio 1999, no pet.). Because appellant has not filed his brief, we dismiss this appeal for want of prosecution.

PER CURIAM

- 2 -